IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL No. 2724<br>16-MD-2724<br><br>HON. CYNTHIA M. RUFE |
| THIS DOCUMENT RELATES TO:<br><br>*United HealthCare Services, Inc. v. Teva Pharmaceuticals USA, Inc. et al.* | Case No. 19-cv-05042 |

## NOTICE OF WITHDRAWAL OF APPEARANCE OF COUNSEL

Paul M. Thompson, an attorney at McDermott Will & Emery LLP, respectfully notifies the Court of his withdrawal as counsel for Defendants Amneal Pharmaceuticals Inc, and Amneal Pharmaceuticals LLC in the above captioned matter. Defendants will continue to be represented by other counsel of record.

Dated: February 3, 2023.

                                            By: */s/ Paul M. Thompson*
                                                Paul M. Thompson
                                                MCDERMOTT WILL & EMERY LLP
                                                500 North Capitol Street, NW
                                                Washington, DC  20001
                                                Telephone: (202) 756-8000
                                                PThompson@mwe.com

                                                *Counsel for Defendants Amneal Pharmaceuticals*
                                                *Inc., and Amneal Pharmaceuticals LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of February 2023, a true and correct copy of the foregoing was filed electronically and is available for viewing and downloading from the Court's ECF System. Notice of this filing will be sent to all counsel of record by operation of the ECF System.

*/s/ Paul M. Thompson*
Paul M. Thompson

DM_US 193331706-1.PG0170.0010